UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| TANJANEKA JONES,<br><br>　　　　*Plaintiff*,<br><br>　v.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　*Defendant.* | Case No.: 8:20-cv-03564-GJH |

**DEFENDANT ELI LILLY AND COMPANY'S**
**DISCLOSURE OF CORPORATE INTEREST**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3, Eli Lilly and Company, through its undersigned attorney, hereby states that it has no parent corporation, no publicly held corporation owns 10% or more of its stock, and at this time, no other entity has a financial interest in the outcome of this litigation.

Dated: December 15, 2020　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/Mark J. Passero
　　　　　　　　　　　　　　　　　　　　　Mark J. Passero (Bar No. 20822)
　　　　　　　　　　　　　　　　　　　　　REED SMITH LLP
　　　　　　　　　　　　　　　　　　　　　901 E. Byrd Street, Suite 1900
　　　　　　　　　　　　　　　　　　　　　Richmond, VA 23219
　　　　　　　　　　　　　　　　　　　　　T: (804) 344-3400
　　　　　　　　　　　　　　　　　　　　　F: (804) 344-3410
　　　　　　　　　　　　　　　　　　　　　mpassero@reedsmith.com

　　　　　　　　　　　　　　　　　　　　　Tyree P. Jones, Jr. (*pro hac vice* to be filed)
　　　　　　　　　　　　　　　　　　　　　REED SMITH LLP
　　　　　　　　　　　　　　　　　　　　　1301 K Street, N.W., Suite 1000 East Tower
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　　T: (202) 414-9200
　　　　　　　　　　　　　　　　　　　　　F:  (202) 414-9299
　　　　　　　　　　　　　　　　　　　　　tpjones@reedsmith.com
　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2020, a true and correct copy of the foregoing has been filed with the Court's CM/ECF filing system and that the foregoing will be sent via first-class mail, postage prepaid, to the following:

>Tanjaneka Jones
>11925 Frost Dr.
>Bowie, MD 20720

>/s/Mark J. Passero
>Mark J. Passero (Bar No. 20822)
>REED SMITH LLP
>901 E. Byrd Street, Suite 1900
>Richmond, VA 23219
>T: (804) 344-3400
>F: (804) 344-3410
>mpassero@reedsmith.com
>
>*Counsel for Defendant Eli Lilly and Company*