IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

TANJANEKA JONES,              )
        Plaintiff,       ) Case No.
v.                            ) 20-cv-03564(GJH)
ELI LILLY AND COMPANY,        )
        Defendant.       )

REMOTE DEPOSITION OF TIMOTHY SCHOTT

Friday, June 10, 2022

10:00 A.M. EASTERN STANDARD TIME

**Exhibit A**

```
                                                 86
 1        A.  No, she did not.
 2        Q.  Now, you spoke to Ms. Jones after she
 3   resigned.  Right?
 4        A.  She sent me a text message.  I don't recall
 5   whether we had a specific -- the only specific
 6   incident I remember is one of the offices wanted to
 7   see a picture of Chiron and she sent that to me.  I
 8   gave her feedback.
 9        Q.  How did you become aware Ms. Jones resigned
10   from Lilly?
11        A.  As I recall, she contacted me and said
12   that, you know, she's had enough and that's it.  I
13   don't even know whether she -- I thought she left on
14   her own.  I didn't realize or I don't know whether
15   she was actually fired or left on her own.  My
16   understanding is she left on her own.
17        Q.  Were you surprised when she left?
18        A.  I was disappointed because I considered her
19   a good sales partner and I consider Tanj a friend.
20   From a surprise standpoint, it is a tough industry
21   and there's lots of really talented people coming and
22   going.  So, no.  The reason I guess I wasn't
```

```
                                                 87
 1   surprised as well with Tanj is as talented as she
 2   was, it didn't seem to matter what manager she was
 3   under.  She always -- it was difficult for her to
 4   take constructive criticism.  You have to have a
 5   thick skin because managers are going to constantly
 6   push us to be our very best, and she struggled with
 7   constructive criticism, regardless of the manager.
 8        Q.  Do you have a specific recollection of
 9   speaking to Ms. Jones after she resigned?
10        A.  I don't recall whether it was right before
11   or right after, but I do remember there was no
12   communication with her.  She did reach out and let me
13   know.
14        Q.  Do you recall during that conversation
15   anything that Ms. Jones told you about why she
16   resigned?
17        A.  Just that she had had enough and -- I don't
18   recall specifics from -- it is a hard -- it is a
19   tough industry.  There's a lot of sales
20   representatives that come in and a lot of very good
21   sales representatives that leave, but I don't
22   remember a specific conversation other than she had
```

```
                                                 88
 1   had enough and she was leaving.
 2        Q.  Do you remember that Ms. Jones told you she
 3   was tired of Mr. Sun overly scrutinizing her?
 4        A.  I don't remember specifics.  That would be
 5   -- we worked very closely with our managers, so that
 6   would make sense.
 7        Q.  Do you remember Ms. Jones telling you that
 8   Mr. Sun was racist?
 9        A.  No, I do not.
10        Q.  Did anyone ever tell you that Mr. Sun was
11   unfair to black people?
12        A.  No.
13        Q.  Did anyone ever tell you that three
14   African-Americans were either fired or quit from
15   Mr. Sun's team?
16        A.  I know that there were others that left.  I
17   don't have any -- with that not being in our
18   district, I don't have any -- we don't get any
19   announcements from other districts when people come
20   and go.  It would just be through sales
21   representatives contacting each other.  Lilly
22   management holds that confidential between the sales
```

```
                                                 89
 1   representative that's leaving.
 2        Q.  Okay, but did anyone ever say to you,
 3   listen, three African-Americans on his team,
 4   Mr. Sun's team, either quit or were fired at the same
 5   time or near the same time, did anyone ever tell you
 6   that?
 7        A.  No.  I'm not aware of -- I know in general
 8   that there's turnover within districts, and I know
 9   I've been here awhile, but I'm the only one that's
10   still with our district.  There's been dozens and
11   dozens of sales reps that have come and gone.  I just
12   have to say, though, as a point in general, Lilly is
13   not racist.  Lilly is -- that is not tolerated.  That
14   is --
15        Q.  Excuse me, sir.  Do you know Mr. Sun?
16        A.  No.  I'm speaking for Lilly.
17        Q.  I know, but I'm asking another question.
18   Do you know Mr. Sun?
19        A.  No, I do not.
20        Q.  Do you know anything about him or what he
21   believes or anything like that?
22        A.  I don't even ever recall having a
```

98

1  our routing in Viva.  You talked about a routing
2  plan, so it holds our routing plan.  We also enter
3  calls into Viva.
4       Viva also handles signatures from the
5  physicians for samples that we have left.  So then
6  that's what is used in your calls per day and stuff
7  like that.
8       Q.   If a sales rep is going to be out of the
9  field for being sick, what are they supposed to enter
10 in Viva during that period?
11      A.   Viva is not very good as far as the number
12 of choices as far as pull-downs.  If I'm sick, what I
13 just put in there is out of territory and then you
14 basically have three choices.  As I recall, you have
15 vacation, you have Lilly meeting, and then you have
16 Lilly training.  So obviously, it is not training.
17 Obviously, it is not an Lilly meeting.  So like
18 today, I put in Lilly meeting into my Viva.  But if
19 you're sick, it is like this big bucket for vacation.
20 But once again, Viva is not the official keeper of
21 vacation.  That's just showing out of field.  The
22 official keeper of vacation is Workday.

99

1       MS. WILLIAMS-JONES:  I don't have anything
2  else.
3       MS. WAKE:  Just a few questions,
4  Mr. Schott.
5            EXAMINATION
6  BY MS. WAKE:
7       Q.   As you know, Ms. Jones is done asking her
8  questions.  I'll ask just a few and Ms. Jones may
9  have a couple more and then we should be done soon.
10 In 2019, you were not Ms. Jones' supervisor.
11 Correct?
12      A.   That's correct.  In 2019, yes.  I have
13 never been her supervisor.  Yes.  That's right.
14      Q.   In 2019, you were not in her district.
15 Correct?
16      A.   That's correct.  I was part of the
17 Baltimore district.  She was a part of the
18 Washington, D.C. district.
19      Q.   And those districts have different district
20 sales managers.  Right?
21      A.   Yes, they do.
22      Q.   You never prepared a performance review for

100

1  Ms. Jones.  Correct?
2       A.   No.  I never prepared a performance review
3  for Ms. Jones.
4       Q.   Did you ever review a performance review
5  for Ms. Jones that was prepared by someone else?
6       A.   No.  I've never reviewed a performance
7  review for Tanjaneka.
8       Q.   Did any manager ever consult with you on
9  the contents of Ms. Jones' performance reviews?
10      A.   No.  No.
11      Q.   So you don't have any firsthand knowledge
12 of her performance issues while she was at Lilly.
13 Correct?
14      A.   No.  I don't have any other than just, as I
15 explained before, she had some difficulty with some
16 of the constructive criticism.  Unfortunately, that's
17 part of our job.  We are never good enough.  We are
18 always driving.
19      MS. WAKE:  Nothing further from me.  Thank
20 you, Mr. Schott.
21      MS. WILLIAMS-JONES:  I don't have anything
22 else.

101

1       MS. WAKE:  Carol, I would like to reserve
2  signature and request a copy of the transcript when
3  it is ready, please.
4       (Whereupon, at 1:30 p.m., the deposition of
5  Timothy Schott concluded.)