1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND


TANJANEKA JONES            :

      Plaintiff         :

v.                         :   20-CV-03564 (GJH)

ELI LILLY AND COMPANY      :

      Defendant         :

---------------------------X


Deposition of GRACE FAULKNER, held on Wednesday, June 29, 2022, commencing at 10:00 a.m EST via Zoom before Linda M. Bahur, Notary Public.




Reported by:   Linda M. Bahur, RPR

**Exhibit B**

Faulkner, Grace

June 29, 2022

6 (Pages 18 to 21)

---

Page 18

1    MS. JONES: And I would ask you to please
2 have the witness answer the questions.
3    Q   You can answer.
4    A   I can't answer that question because every
5 case is going to be investigated. Saying something
6 like "ethics policy" is too broad. I cannot say that
7 a person is a discharged every time they violate an
8 ethics policy because it just depends on what the
9 situation is.
10   Q   Of course not. That makes sense to me. So
11 that's why I'm asking you whether the same
12 disciplinary policy applies even if the person
13 violates some ethics issues where they won't be
14 discharged or if they're tardy or some other
15 performance issue. That's why I'm asking you that
16 question.
17       It's the same discipline policy; right?
18       MS. WAKE: Objection. Very vague.
19   Confusing.
20   Q   You can answer.
21   A   We have one disciplinary process for
22 performance issues. We have a different policy and a

---

Page 19

1 different process for those who have been determined
2 to have committed misconduct.
3    Q   Okay. There you go. All right. So for
4 first violation of misconduct, you investigate it.
5 That's what you're saying; correct?
6       MS. WAKE: Objection. Misstates her
7   testimony.
8    Q   You can answer.
9    A   We investigate every case that comes to us.
10   Q   Okay. And you find the employer -- strike
11 that.
12       If you find that the employee did engage in
13 some ethics violation, do you -- strike that.
14       If you find that the employee engaged in an
15 ethical violation and it's not dischargeable, what is
16 the penalty for that under Lilly's disciplinary policy
17 in 2019?
18       MS. WAKE: Objection. Vague.
19   Q   You can answer.
20   A   It depends on the details of the case.
21   Q   Okay. What are the possible disciplinary
22 scenarios?

---

Page 20

1    A   If a person is determined to have violated
2 a policy or procedure about how sales reps are
3 expected to interact with doctors, for example, it
4 could result in, I think it's a one-time violation. I
5 mean, you're asking me to speculate about the
6 possibilities of a case where there are so many
7 details that would determine the outcome of this. But
8 it could range from corrective feedback to separation
9 depending on whether it rose with the level of
10 misconduct or not.
11   Q   Okay. What's in between corrected feedback
12 and discharge?
13       MS. WAKE: Objection as to the time. I
14   assume you mean 2019-2020?
15       MS. JONES: Yes.
16   Q   You can answer.
17   A   So corrective feedback, written warning or
18 a performance improvement plan at the time, it would
19 have been probation. We call it final written warning
20 now, but at that time it was called probation. And
21 then termination.
22   Q   So if you were engaged in a violation of

---

Page 21

1 some ethical rule, the discipline would be corrective
2 feedback, written warning or probation or discharge.
3 Those were the possible options after an
4 investigation; right?
5    A   If it rises to the level of misconduct, it
6 would be termination.
7    Q   Automatic termination?
8    A   Yes. If it resulted in something that was
9 considered performance, it would follow the
10 disciplinary path of written warning or probation at
11 the time. Currently called final written warning. If
12 it was something that didn't rise to the level of
13 discipline, it would be corrective feedback.
14   Q   So if I engage in some kind of performance
15 issues, for instance, I'm not meeting my sales goal,
16 what would the possible range of discipline be for a
17 sales rep in 2019 and 2020?
18   A   It could range from corrective feedback to
19 written warning to probation at that time.
20   Q   So it's the same as if you violate ethics
21 except for the discharge parts; right?
22       MS. WAKE: Objection. Misstates her