IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TANJANEKA JONES, | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No. ADC-20-3564 |
| ELI LILLY AND COMPANY, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In accordance with the accompanying Memorandum Opinion, it is this 7th day of April, 2023, by the United States District Court for the District of Maryland, **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (ECF No. 48) is hereby **GRANTED**; and

2. The Clerk shall transmit copies of the foregoing Memorandum Opinion and Order to counsel of record and **CLOSE** this case.

A. David Copperthite
United States Magistrate Judge