IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Tanjaneka Jones,   *

  *

v.   *   Case No. ADC-20-3564

Eli Lilly and Company   *

  *

### NOTICE OF APPEAL

Notice is hereby given that **Tanjaneka Jones**,
(fill in names of all parties who are appealing)

**Plaintiff** in the above captioned case, hereby appeals to the
(indicate plaintiff/s or defendant/s)

United States Court of Appeals for the Fourth Circuit the **Memorandum Opinion and Order**
(indicate order or judgment)

entered in this case on **April 7, 2023**.

May 2, 2023
Date

/s/ Signature

Janice Williams-Jones (25701)
Printed Name and Bar Number

3201 Rogers Ave., Ste 301, Ellicott City, MD 21043
Address

lawofficeofjwjones@gmail.com
Email Address

(410)203-1246
Telephone Number

(410)203-1246
Fax Number

Notice of Appeal (06/2016)